1004

[No. 52468-2-I.   Division One.   April 12, 2004.]

GREGORY EDEL, ET AL., *Appellants*, v. AMWAY CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-04650-2, Jay V. White, J., entered May 9, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Schindler, J.

[No. 21655-1-III.   Division Three.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP KIM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-03176-8, Neal Q. Rielly, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 28883-4-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WANG KOO CHUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01922-0, Terry D. Sebring, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 29351-0-II.   Division Two.   April 13, 2004.]

FERRY COUNTY, *Appellant*, v. CONCERNED FRIENDS OF FERRY COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01129-3, Wm. Thomas McPhee, J., entered January 29, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J. Now published at 121 Wn. App. 850.